JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M & M HART LIVING TRUST, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL EAGLE ENTERTAINMENT, INC., et al.,<br><br>Defendants. | No. 2:17-CV-01479 PA (MRWx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's October 30, 2017 Minute Order granting the Motion to Dismiss filed by defendants Global Eagle Entertainment, Inc., David M. Davis, and Thomas E. Severson, Jr. (collectively "Defendants"),

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Second Amended Complaint is dismissed without leave to amend;

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendants shall have judgment in their favor; and

3. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that plaintiffs M & M Hart Living Trust and Randi Williams shall take nothing and Defendants shall have their costs of suit.

DATED: October 30, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE