# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M & M HART LIVING TRUST, et al., | CV 17-1479 PA (MRWx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| GLOBAL EAGLE ENTERTAINMENT, INC., et al. | |
| Defendants. | |

Pursuant to the settlement agreement ("Settlement Agreement") filed on October 5, 2018, between plaintiffs M&M Hart Living Trust and Randi Williams ("Plaintiffs") and defendants Global Eagle Entertainment Inc., David Davis, and Thomas Severson, Jr. ("Defendants"), and the Court's March 5, 2019, Minute Order granting the Motion for Final Approval of Class Action Settlement and the Motion for Attorneys' Fees,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless otherwise specifically provided herein.

2. The parties are to perform the Plan of Allocation and issue distributions to members of the Settlement Class with valid claims as described in the Settlement Agreement.

3. If any amounts remain in the Settlement Fund after the payment of eligible claims and litigation expenses and attorneys' fees, no portion of the Settlement Fund will revert to Defendants. Any amounts remaining in the Settlement

Fund will be distributed to the Investor Protection Trust with specific direction that such funds be used for investor education.

4. Plaintiffs and every member of the Settlement Class shall be deemed to have fully, finally, and forever released, relinquished, discharged, and dismissed all Released Claims against the Released Parties.

5. This action is dismissed with prejudice.

6. This Court retains jurisdiction over the implementation of the Settlement and any distribution of the Settlement Fund.

DATED: March 5, 2019

                                        Percy Anderson
                        UNITED STATES DISTRICT JUDGE